IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 FEB -1  A 10:32

Kym Gray
_____
Full name and prison number
of plaintiff(s)

v.

Paul Whaley
Alabama Department
of Corrections et, al
In His own Individual
Capacity
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06cv107-MEF
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (X)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (X)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2.   Court (if federal court, name the district; if state court, name the county) _____N/A_____

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___565-BIBB LANE BRENT, ALABAMA___

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ___BIBB CORRECTIONAL FACILITY___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Paul Whaley | 1400 Lloyd Street, Montgomery, Alabama 36130
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___SEE ATTACHED COPY___

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

SEE ATTACHED COPY

GROUND TWO: _____

SUPPORTING FACTS: SEE: ATTACHED COPY

GROUND THREE: _____

SUPPORTING FACTS: SEE: ATTACHED COPY

3

EXECUTED on JANUARY 5 2006.
(Date)

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

SEE: ATTACHED COPY

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on JANUARY 5TH 2006.
                (Date)

_____
Signature of plaintiff(s)

4

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

Kym Gray #203553          2006 FEB -1  A 10:32
   PLAINTIFF
                          JURY DEMAND REQUESTED

- V.S. -

Paul Whaley                    CIVIL ACTION NUMBER:
Alabama Department of Corrections    2:06cv107-MEF
Classification-Division
In His Own Individual Capacity    TO BE SUPPLIED BY CLERK
           Defendant

## CIVIL COMPLAINT
## LIBEL -- SLANDER -- DEFAMATION

Now comes the Plaintiff Kym Gray in Proper Persona and does respectfully submits this Complaint pursuant to the Federal Rules Civil Procedures 42 U.S.C. 1983 specifically Rule #3 and #4. And as cause thereof Plaintiff Gray, would show this Honorable Court the following:

### History of the Case Facts and Issues Presented for Judicial Review

1. The Plaintiff herein [Gray] states that he is an inmate currently being confined in an Alabama State Penitentiary, serving a sentence of [50] Fifty-years after having been convicted of the offense of Murder.

[1].

IN VIOLATION OF SECTION <u>13A-6-2</u> CODE OF ALABAMA 1975.

2. PLAINTIFF GRAY, SAY(S) THAT THE DEFENDANT <u>PAUL WHALEY</u> IS AN EMPLOYEE OF THE STATE OF ALABAMA TO-WIT: ALABAMA DEPARTMENT OF CORRECTIONS ASSIGNED AS DIRECTOR OF A.D.O.C. CLASSIFICATION-DIVISION OVERSEEING PLACEMENT AND CUSTODY OF THE INMATE POPULATION.

3. PLAINTIFF GRAY, DOES FURTHER STATES THAT DEFENDANT WHALEY, HAS GIVEN A SWORN AFFIDAVIT/STATEMENT THAT WAS ENTERED IN CASE NUMBER <u>CV-04-457</u> MONTGOMERY COUNTY, ALABAMA SEE: ATTACHED EXHIBIT #<u>A</u>, IN WHICH DEFENDANT WHALEY HAS SLANDER THE NAME OF PLAINTIFF GRAY, AND HAS FURTHER GIVEN A DEFAMATION STATEMENT IN HIS SWORN AFFIDAVIT TO REFUTE THE ISSUE AND FACTS BEFORE THE CIRCUIT COURT OF MONTGOMERY COUNTY, IN THIS THE PLAINTIFF'S CASE-IN-CHIEF TO-WIT: <u>MOTION FOR CLARIFICATION</u> OF THIS THE PLAINTIFF'S RECORD THAT THE DEFENDANT WHALEY IS USEING TO DENY THE PLAINTIFF'S ACHIEVMENT OF LESSER-RESTRICTED INSTITUTIONAL PLACEMENT AND REMOVAL OF ERRONEOUS INFORMATION FROM THE PLAINTIFF'S FILES.

PLAINTIFF GRAY, SAY(S) THAT DEFENDANT WHALEY DEFAMATORY-STATEMENT IN HIS SWORN AFFIDAVIT WAS IN THE FORM OF <u>SLANDER</u> UNTO THIS YOUR PLAINTIFF, AND SUCH THE STATEMENT WAS VERY UN-PROFESSIONAL.

(2).

of Defendant Whalley, in indicating that the Plaintiff is a "violent criminal predator" and the Plaintiff say(s) that such the terms of words of Defendant Whalley that was expressed are of such matitude, that Defendant Whalley definitions of Plaintiff Gray is of some animal that PREYS, DESTROYS or DEVOURS, and the Primary mode of the animal described by Defendant Whalley only "KILLS and CONSUME, and Plaintiff Gray say(s) that this statement and affidavit of Defendant Whalley is in direct violation of Section 6-2-3 Article 14 Ala. R. Civ. Proc. to-wit ACCURAL OF CLAIM --- FRAUD.

Plaintiff Gray, states that the falsehood of the Defamation-statement of Defendant Whalley was made with such knowledge of it's falsity and with reckless disregard of Plaintiff Gray, in his vainless efforts to have the record of his conviction / report corrected by the Defendant Paul Whalley to-wit: Alabama - Department of Corrections --- Classification-Division.

Plaintiff Gray, does asserts that Defendant Whalley, does have strict liability for his STATEMENT, ACTIONS, and CONDUCT. Plaintiff Gray, states that a-line must be drawn between speech unconditionally guaranteed and speech which may be legitimately regulated.

[3].

Plaintiff Gray, say(s) that the United States Supreme Court has examined for itself such statements in the ISSUES and the CIRCUMSTANCES, under which the statement was made to see whether the statement are of a character that's protected by the constitutional guaranty of freedom of speech.

Plaintiff Gray, does further asserts that this court must make an independant examination of the whole record of this instant cause before this court as to assure itself that the sworn affidavit/statement as submitted by defendant Whalley did not constitute a forbidden intrusion on the field of free expression SEE: APPEAL AND ERROR 751 SEE: K-MART CORPORATION INC. v. PENDERGRASS 494 so 2d 600 [ALA. 1986]

Plaintiff Gray, further say(s) that in order to maintain an action for the defamatory affidavit/statement of defendant Whalley, this your plaintiff [Gray] must prove that there exist documentation that was in the form of publication that was made to ONE or more other parties SEE: EXHIBIT #A CITING: WILLIS v. DEMOPOLIS NURSING HOME 336 so 2d 1117-1129 [ALA. 1976].

[4].

CITING: McDANIELS V. CRESENT MOTORS INC. 249 ALA. 330-332 31 SO 2d, 343-344 [1947].

Plaintiff Gray, says that such the words of Defendant Whalley Im Putting the Guilt, or commission of some criminal offense involving moral turpitude and/or infamous punishment to-wit: "That Plaintiff Gray, violent sexual assaulta occurred before he [Gray] murdered said victim] See: Exhibit #A.

Plaintiff Gray, does asserts that Defendant Whalley has referred to this the Plaintiff as an animal as villancks or wickedness of any principles an baseness in the Human-Heart, and the statement/affidavit of Defendant Whalley is blatantly calling this your Plaintiff "A- Violent Criminal Predator", Plaintiff Gray, says that there is no question that the language of Defendant Whalley does fall in the category of slander per-se.

Plaintiff Gray, states that there need not be an actual physical injury for this the Plaintiff Gray to recover damages in this cause, for the willful and wanton acts of Defendant Whalley for the infliction of emotional distress and mental injuries. [5].

That Defendant Whalley has FALSELY ACCUSED Plaintiff Gray of an offense and/or crime that the Plaintiff was not charged or convicted of in the offense of this matter.

Plaintiff Gray states that there is ambiguity in Defendant Whalley statement, and Plaintiff Gray, say(s) that Defendant Whalley has acted with actual malice and in this the Plaintiff's claims of actual malice which Plaintiff Gray means that Defendant Whalley made the statement knowing them to be false and/or untrue and in reckless-disregard of the truth.

Plaintiff Gray, say(s) that Defendant Whalley has intentionally inflicted emotional distress and the severity of the defamation statement of Defendant Whalley was "Outrageous" in character and so extreme in degree as said statement goes beyond all possible bounds of decency, and the statement/affidavit of Defendant Whalley can only be regarded as "atrocious and utterly intollerable in a civilized community.

Plaintiff Gray asserts that the usual analytical division is into twin torts of libel for the written defamation and slander for oral one. [6].

SEE: PROSSER & KEETON, ON LAW OF TORTS 111 AT 771 5TH ED. 1984.

SEE: LIBEL AND SLANDER 7 (1) WHICH PROVIDES IN PARTS:

ONLY WHEN THE CRIME FALSELY IMPUTED IS OF MAJOR AND SERIOUS CHARACTER IS IT ACTIONABLE AS DEFAMATION WITHOUT PROOF OF SPECIAL DAMAGES RESTATEMENT SECOND OF TORTS 571 Comment.]

SEE: DEFAMATION AND SLANDER 6 (1) WHICH PROVIDES IN PARTS:

"DEFAMATION IS THAT WHICH TENDS TO INJURE REPUTATION IN THE POPULAR SENSE TO DIMINISH THE ESTEEM, RESPECT, GOODWILL, OR CONFIDENCE.

PLAINTIFF GRAY, STATES THAT IN THE INSTANT CAUSE THAT'S BEFORE THIS HONORABLE COURT IS THAT THE DEFENDANT HEREIN [WHALEY] ATTEMPTS TO EXCITE ADVERSE AND/OR DEROGATORY THIS THE PLAINTIFF GRAY WITH "UNPLEASANT FEELINGS SLEEPLESSNESS ANGER, AND PROFOUND IRRITATION.
[7].

PLAINTIFF GRAY, HAS THE REQUIRED PROOF AND DOCUMENTS WITH THE NECESSARY INFORMATION TO ASSESS THE RELIABILITY OF D.N.A. TESTING PERFORMED by THE ALABAMA DEPARTMENT OF FORENSIC SCIENCE AUTOPSY REPORT ---- WHERE A SEXUAL-ASSAULT-KIT WAS PERFORMED AND THERE WAS NO-EVIDENCE OF ANY INJURY [SEXUALLY] UNTO THE VICTIM OF THIS MATTER.

"THEREFORE FOR GOOD CAUSE AS SHOWN"

1. THAT THIS HONORABLE COURT WILL ENTER ITS ORDER GRANTING PLAINTIFF A HEARING ON THE DISPUTED ISSUES AND FACTS PRESENTED IN THE PLAINTIFF'S COMPLAINT.

2. THAT THIS HONORABLE COURT WILL FURTHER ENTER IT'S ORDER COMMANDING DEFENDANT PAUL WHALEY AS THE DIRECTOR OF THE ALABAMA DEPARTMENT OF CORRECTIONS TO REMOVE AND/OR EXPUNGE FROM THE FILES OF THE A.D.O.C. THE FALSE INFORMATION AND/OR DATA OF PLAINTIFF KYM GRAY.

3. THAT THIS HONORABLE COURT WILL GRANT JUDGMENT UNTO PLAINTIFF GRAY, AWARDING THE PLAINTIFF $400,000. FOUR-HUNDRED-THOUSAND-DOLLARS IN ACTUAL AND PUNITIVE.

[8].

DAMAGES FOR EMOTIONAL AND MENTAL DISTRESS.

4). THAT This HONORABLE COURT WILL GRANT UNTO PLAINTIFF GRAY ANY OTHER AND DIFFERENT RELIEF TO WHICH THE PLAINTIFF MIGHT OTHERWISE BE ENTITLED.

## Conclusion

WHEREFORE PREMISES AND FACTS TO BE CONSIDERED PLAINTIFF GRAY DOES PRAY THAT THIS COURT WILL ENTER IT's JUDGMENT AWARDING PLAINTIFF GRAY THE RELIEF REQUESTED HEREIN $400,000 Four-Hundred-Thousand-Dollars IN ACTUAL AND PUNITIVE DAMAGES FOR THE EMOTIONAL AND MENTAL DISTRESS CAUSED BY DEFENDANT WHALEY.

### CERTIFICATE OF SERVICE
### VERIFICATION

This DOES HEREBY CERTIFY's THAT Kym Gray HAS FORWARDED UNTO THE OFFICE OF DEBRA P. HACKETT CLERK, MIDDLE DISTRICT OF ALABAMA AND UPON THE OFFICE OF PAUL WHALEY, DIRECTOR ALABAMA DEPARTMENT OF CORRECTIONS CLASSIFICATION DIVISION A COPY OF THE FOREGOING PLEADINGS BY PLACING SAME IN THE UNITED STATES POSTAL-MAIL.

(9).

SWORN TO AND SUBSCRIBED BEFORE ME
This 18th DAY OF January, 2006

NOTARY PUBLIC: *Felicia Cleveland Ford*

My Commission EXPIRES: MY COMMISSION EXPIRES 06-23-2009

RESPECTFULLY SUBMITTED:
*Kym Gray*
Kym Gray
A.I.S. # 203553
565- Bibb Lane
Brent, Alabama
35034


CC: Debra P. Hackett --- Clerk
    Paul Whaley --- Director A.D.O.C.
CC: Personal Files

(14).