
EXHIBIT A

STATE OF ALABAMA:                   CIVIL ACTION NO 04-457
MONTGOMERY COUNTY:                  KYM GRAY #203553

### AFFIDAVIT

My name is Paul Whaley II and I am presently employed as the Director of Classification, Alabama Dept. of Corrections, P O Box 301501, Montgomery, Alabama 36130. I am over the age of twenty-one years. I have 25 years' experience with the Alabama Dept. of Corrections, all in the area of inmate classification. I worked at Kilby as the institutional classification specialist for five years managing a caseload as well as performing intake and reclassification duties. Following that, I served 9 ½ years as a member of the Central Review Board where the vast majority of classification determinations statewide relative to placements, programs, custodies, institutional assignments and security levels were made. I have served as the Director of Classification for 11 years. I have attended specialized training with the National Institute of Corrections. I hold Masters' degrees in both Criminal Justice and Counseling. I hold a specialized instructor's certificate (#647) issued by the Peace Officers' Standards and Training Commission. I have given presentations around this state to Circuit Judges, District Attorneys, and attorneys for CLE credit. I am qualified to testify to the following with respect to the issues raised in this pleading.

Inmate Kym Gray # 203553 is a violent criminal predator currently serving a 50 year sentence for the crime of murder.

In his complaint, inmate Gray takes issue with the facts of his crime which indicate that a violent sexual assault occurred before he murdered his victim (exhibit A). It has been the policy of this Department to consider all facts of any crime or criminal history in making determinations of internal classification. Not to consider all elements of a crime or criminal history would be an abrogation of our responsibility to insure the protection of the public.

It is remarkable that inmate Gray is so agitated by the fact that details of his crime are being examined, yet the fact he committed a brutal act of murder does not seemingly offend him in the least. For the record, the crime of murder in and of itself would preclude any consideration for work release. The utilization of the details of this crime serves only to preclude affording this offender any opportunity to achieve minimum-out

Page 2      Kym Gray 203553

<u>custody which would allow the possibility of unsupervised contact with the public.</u>

The facts of this case are clear. Inmate Gray was afforded a due process hearing in this matter (exhibit B). While in the past, inmate Gray would have been considered a sex offender for the purpose of internal classification, he is instead now considered simply as a Restricted offender and will not be eligible for any less restrictive placement, program, or custody than is currently enjoyed.

No right of this criminal has been violated.

_____
Paul Whaley II

STATE OF ALABAMA:
MONTGOMERY COUNTY:
SWORN TO AND SUBSCRIBED before me this 19th date of April, 2004

_____
Notary Public