In The United States District Court
Middle District of Alabama

Kym Gray #203553
    Plaintiff

    -v.s-

Paul Whaley
Alabama Department of Correction
Classification - Division
        Defendant

Civil Action Number:
2:06-CV-107-MEF
    (WO)

Motion for Extension of time pay the initial partial Filing Fee.

— — — — — — — — — — — — — — —

Now comes the Plaintiff Kym Gray, in proper person and does respectfully submits this motion to the Honorable Court, and would show the following.

(1) The plaintiff Gray, states he currently does not have any funds on his prison account.

(2) The plaintiff Gray, is trying to get the funds for filing fee, plaintiff Gray only can contact his family by letters and don't no when he will hear back or if they will send him any funds. So please work with the plaintiff Gray.

## Conclusion

Wherefore Premises and Facts to be considered Plaintiff Gray does pray that this court will grant Plaintiff Gray, Motion for Extension of time pay the initial partial Filing Fee. of the sum $2.67 before February 28, 2006.

## Certificate of Service

This does hereby Certify's that Kym Gray has forwarded unto the office of Debra P. Hackett Clerk of the Middle District of Alabama, A copy of the foregoing Pleadings By Placing same in the United States Postal-mail.
This 22nd day of February 2006

Respectfully Submitted:

*Kym Gray*

Kym Gray #203553
565 Bibb Lane
Brent, Alabama
35034