IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR 15  A 9: 49

Kym Gray  # 203553
    Plaintiff

§
§
§
§
§

Civil Action Number
2:06-CV-107-MEF
(WO)

- V.S. -

Paul Whaley                          §
Alabama Department of Correction §
    Classification - Division       §
_____Defendant_____

Plaintiff Request For Motion For Appointment of Counsel

Comes now the plaintiff in the above styled cause
of Action, now motions the Honorable Court to Appoint
Counsel in this cause of action as of the Grounds Listed.

(1) The Federal Rules Civil Procedures 42 U.S.C. 1983 in
the District Court were in forma pauperis under the
Law, 28 U.S.C. 1915 (E)(2). Where the Court may Appoint
Counsel Due to the complicated Legal Issues That are
Dealing with the Civil case, where docments of classification
Records are need And a investigation is Required where
the plaintiff will not be able to do Because of his
imprisonment.

(1.)

(2.) The Counsel will also be needed to file the proper discovery in this cause of altion where cross-examine of witness can only be done propely by a trained Attorney were plaintiff is not train in law and can not afford to hire lawyer on his own, this is why plaintiff motion this Honorable Court to appoint lawyer. As of the law.

(3) The Appeals Court found that the Court had abused its discretion in Refusing to Appointment of Counsel for a Prisoner in a section civil case in PARHAM v. Johnson, 126 F. 3d 454, 461 (3d Cir. 1997), SEE Also HENDRICKS V. Coughlin, 114 F. 3d 390 (2d Cir 1997). The plaintiff case has Strong Merits and Counsel is very much needed in the Civil Action wherefore the plaintiff motion this Honorable Court to Appoint a Civil Attorney to be Appointed the Plaintiff in this case.

Done on this the 13th Day of MARCH 2006

PLAintiff,

Kym Gray

Kym Gray  283553

## Conclusion

WHEREFORE PREISES AND FACTS to BE CONSiDER Plaintiff GRAY DOES pray that this COURT Will GRANT Plaintiff GRAY, MOTION FOR Appointment OF COUNSEL.

## CERTiFiCATE OF SERVICE

This DOES HEREBy CERTiFY's that Kym GRAY HAS FORWARDED UNTO the OFFicE OF DEBRA. P. HACKEtt CLERK OF the MiDDIE DiStRict OF AlAbAmA. A COPY OF the FOREGoiNG pleADiNG By PlAciNG SAME, iN THE UNited STATES postAl-mAil

DONE ON this the 13th DAY OF MARCH 2006.

RESPEctFully SubmittED,

Kym Gray

Kym GRAY #203553
565 Bibb LANE     B3-33
BRENT, AlA.
     35034