| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Paul Whaley* ☐ Agent ☒ Addressee<br>B. Received by (Printed Name) *Paul L Whaley*   C. Date of Delivery *27 Apr 06* |
| 1. Article Addressed to:<br>Paul Whaley<br>ADOC<br>P.O. Box 301<br>Mnt. AL 36130-1501 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>*06CV107*<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0003 5811 1925 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |