IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KIM GRAY, | ) | |
| AIS #203553, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 2:06-CV-107-MEF |
| V. | ) | |
| | ) | |
| PAUL WHALEY, | ) | |
| | ) | |
| Defendant. | ) | |

### ANSWER

Comes now the Defendant Paul Whaley, by and through the undersigned counsel in the above-styled action, and files this answer as follows.

1. The Defendant denies each and every allegation in the complaint and demands the strict proof thereof.

2. The Defendant adopts the defenses contained in the special report submitted in this action as if fully set out herein.

Respectfully submitted,


Kim T. Thomas
General Counsel
Assistant Attorney General


/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-3885


**CERTIFICATE OF SERVICE**


    I hereby certify that I have served a copy of the foregoing documents upon :

Kim Gray, AIS #203553
Bibb Correctional Facility
565 Bibb Lane
Brent, Alabama 35034

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 30th day of May, 2006.

                                             /s/Albert S. Butler
                                             Albert S. Butler