IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHERN-DIVISION</u>

KYM GRAY
<u>PLAINTIFF</u>

-V.S.-

PAUL WHALEY
<u>DEFENDANT</u>

CASE NUMBER 2:06-CV-107-MEF

---

STATE OF ALABAMA
BIBB COUNTY

---

SWORN STATEMENT/AFFIDAVIT
OF
KYM GRAY

---

RECEIVED
2006 JUN -5 A 9: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Before me _____, A Notary Public in said County, in said State, Personally Appeared **Kym Gray** A.I.S. **NUMBER TO BE 203553**, and Makes Oath that the Foregoing Statements are True, and Correct to the Best of his Knowledge, and Kym Gray, has Served upon the Office of Magistrate Judge <u>Vanzetta Penn McPherson</u>, and all Parties to this Action A Copy thereof.

My Name is **Kym Gray**, and I'am currently an Inmate being Confined in a Alabama State Penitentiary A.D.O.C. and **Paul Whalkey**, the Defendant Herein is an State Employee of the State of Alabama to-wit: Alabama Department of Corrections to-wit: <u>**Classification-Division**</u>, and is Authorized by the State of Alabama to Exercise State Authority to Perform Traditional State Functions Relative to such Placement Programs Custodies Institutional Assignments and Security Levels.

Paul Whaley, has Entered into the Files and/or Data of the A.D.O.C. False and Incorrect Informations of Plaintiff Kym Gray, whom has further Exhausted all of his Administrative Redies to have saided Informations Removed from his A.D.O.C. FILES.

Defendant Whaley, has Introduced into the A.D.O.C. Rule/regulations an POlicy that Governs the Classification-Division Concerning Certain Offender(s) and Certain Criminal Offense(s) that are Restricted from such Placement at a Lesser Restricted Institution to-wit: **Work-Release Honor Camps** such as **Murders** and **Sex-related Offense**.

Plaintiff Gray, does Argues that the Erronoues Labling of this your Plaintiff as an **Violent Criminal Predator, and a Violent Sexual Assault Occured Before the Offense of this Matter is mnot what Plaintiff Gay was Charged with, nor was Plaintiff Gray Convicted of Rape or any Sexual Assault in the Sentencing of this Cause before this Honorable Court**, Defendant Whaley, has Asserted into the Files of the A.D.O.C. THYAT Plaintiff Gray was an Sex-Offender that saided Labling is Wrong and Very Incorrect. Plaintiff Gray states that Defendant Whaley is an Private Individual who is Acting under Color of State Law, and Plaintiff Gray does further Contends that defendant Whaley must be fairly Chararterized as a State Actor See: **Davis V. Kennie** 264, F.3d 86, 115-17 (1st Cir. 2001).

SEE: **SMITH V. WADE**, 461 U.S. 30 57 (1983)

**PaRRATT V. Taylor**, 451 U.S. 527-535 (1981)

**West V. Atkins**, 487 U.S. 42 54-55 (1988).

Plaintiff Gray, states that saided Actions of Defendant Whaley are Reckless and Callous Disregard for Plaintiff's Gray Rights as well as the Intentional Violations of Federal Law.

Plaintiff Gray, say(s) that the Civil Rights Act of 1871 as **Amended Allows (Gray) to Seek Redress to have the False and Erronoues information Removed from his Files.**

Seeking Prospective Relief against State Official Plaintiff Gray, say(s) that Defendant Whaley is Liable for directing the Employees of the A.D.O.C. to Commit the Violations of using False and Erroneous Information in Classfying Plaintiff gray Defendant Whaley actions are Arbituary, and Capricious as Adminsitered unto Plaintiff gray with such Maliciously and in Bad faith.

Defendant Whaley has Misused his Poer of Office by Virtue of State Law and made Possible only because Defendant Whaley is Clothed with the Authority of State Law, and the Individual Actions of Defendant Whaley was under the Color of State Law Citing: <u>U.S. V. Classic</u>, 313 U.S. 299-328 SEE: <u>KELLY V. CURTIS</u>, 21 F.3d 1544-1547 (11th Cir. 1994). Plaintiff Gray, states that defendant Whaley, has Intentionally Inflected Mental and Emotional Injury which has further placed Atypical and Significant Hardship on this the Plaintiff Gray, Citing <u>Harris V. Angelina County</u> 31 F. 3d 331 337-38 (5th Cir. 1994).

See: <u>Libel and Slander</u> 7 (1).

See: <u>Defamation and Slander</u> 6 (1).

Plaintiff Gray, states that the Actions of defendant Whaley was **"Outrageious in his Character as A Professional** saided Defamations and Slander Statement of Defendant Whaley goes Beyond all Possible Boundaries of Decency.

Plaintiff Gray, does Contends that Defendant Whaley has not proved that (Gray) Sexually Assaulted the Victim in the State's Case-in-Chief before the Lowndes Circuit Court in which Plaintiff Gray entered into a Best plea Interest of this Case.

Plaintiff Gray, states that it is Critical that the Moral Force of the Crijminal Law not be Diluted by a Standard of Proof that Leaves Peoples in Doubt Whether Innocent Men (Gray) is by Defendant Whaley Statements in his Affidavits of being an <u>Sexual Predator</u> of Violent Predatory, saided Statements was Tended to Injure Gray's Esteem and GoodWill.

SEE: LUGAR V. EDMONDSON OIL CO., 457 U.S. 922 937 (1982), In which the Supreme Court of the United States has Established a Two-Part Test for Determing whether a Private Individula has Acted under Color of State Law See: (Attached Exhibits #A).

Plaintiff Gray states that this Court has Ordered (Gray) to Submit in his Affidavit all Defense and Applicable Administrative Rules and Regulations or Guidlines of the A.D.O.C., Plaintiff Gray does Respectfully Request that this Court Issue It's Order to the Defendant Whaley; Directing saided **SUBPOENA DUCES TECUM INSPECTION OF THE A.D.O.C. MANUEL FILES/RECORDS CONCERNING THIS INSTANT PROCEEDINGS AND Plaintiff Gray does Relies on the Authority of Title 12021-6** of the Code of Alabama 1975 in Support of his Request and Claims as Prima Facie Proof of the Facts Contained therein of (Gray's) Civil-Complaint for such libel, Slander, and Defamation of Plaintiff Gray in the Denial of (Gray's) Lesser-restricted Institutional Placement and Expungment of the Erronoues Information and/or Data of this your Plaintiff being a Sex Offender and/or Restricted as Defendant Whaley has Asserted in his Previous Sworn Affidavit/Statements.

Plaintiff Gray, states that Defendant Whaley does not have Absolute and Qualified Immunity from this Suit, and actions before this Court, Defendant Whaley was Acting Pursuant to an Official Policy of the State of Alabama to-wit: Department of Corrections  See: HAFER V. MELO 502, U.S. 25-29 (1991) which Provides in Parts:

> Individual Capacity Suit against State Official upheld even when Offical's Action Cloaked with State Authority could not have been Effecuated if Acting only in Personal Capacity.

Plaintiff Gray, states that the Critical Issues in this Suit against Defendant Whaley, a State Official in his Own Individual Capacity is Whether Prospective or retroactive Relief is Sought, and Plaintiff Gray is Seeking Prospective Injunctive Relief in which saided Suit is not Against the State of Alabama See: Missouri V. Jenkins, 491 U.S. 274 280 (1989) Hason V. Med. Bd., 279 F.3d 1167-1171 (9th Cir. 2002) Cert. Granted 123 S.CT 561 (2002).

## PRAYER FOR RELIEF

1. That this Honorable Court and Respective judge **Vanzetta Penn McPherson** will Enter It's Order to Supena the Records of the Defendnats Pertaining to Plaintiff Gray's Classification for this Court's Inspection and Examination of the Charged Offense in which Plaintiff Gray was Convicted and Subsequently Sentence to for Murder.

2. That this Honorable Court will not Grant the Defendant Paul Whaley Absolute and Qualified Immunity from this Suit.

3. That this Honorable Court will Grant any other and different relief to which Plaintiff Gray Might otherwise be Entitled.

## CONCLUSION

WHEREFORE PREMISE TO BE CONSIDERED, PLAINTIFF GRAY, DOES ARDENTLY PRAYS THAT THIS HONORABLE COURT WILL GRANT RELIEF IN THE FORM OF THIS COURT SETTING THIS MATTER FOR AN HEARING ON THE UNDISPUTED ISSUES CONTAINED THEREIN OF PLAINTIFF GRAY CIVIL ACTIONS.

## CERTIFICATE OF SERVICE
## VERIFICATION

THIS DOES HEREBY CERTIFY'S THAT **KYM GRAY** HAS SERVED UPON THE OFFICE OF THE CLERK **DEBRA P. HACKETT** UNITED STATES DISTRICT COURT, AND UPON ALL PARTIES INVOLVED IN THIS ACTION A COPY OF FOREGOING PLEADINGS BY PLACING SAME IN THE UNITED STATES POSTAL-MAIL THIS **1st** Day of **June** 2006.

CC: PAUL WHALEY---DIRECTOR
ALABAMA DEPARTMENT OF CORRECTIONS
CLASSIFICATION-DIVISION
#301 S. Ripley Street
Montgomery, Alabama 36130

Sworn to and Subscribed Before me this _____ Day of _____, 2006.

NOTARY PUBLIC: _____
MY COMMISSION EXPIRES: _____

RESPECTFULLY SUBMITTED

*Kym Gray*
KYM GRAY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN-DIVISION

CERTIFICATE OF SERVICE
VERIFICATION

I, KYM GRAY, DOES SWEAR UNDER THE PENALTY OF PERJURY THAT THERE WAS NO NOTARY PUBLIC AVAILBE AT THE INSTITUTION ON THE DAY OF MAILING OF THIS AFFIDAVIT/STATEMENT. BELOW ARE SIGNATURES OF INMATES WHO ATTEST UNTO THE FACT THAT I, MAILED THIS AFFIDAVIT STATEMENT ON THE 2nd, DAY OF JUNE, 2006.

NAME:                                   A.I.S.

1. Freddie Jackson                      124417
2. David Thomas                         193796
3. Robert Tarver                        113144


RESPECTFULLY SUBMITTED

Kym Gray
KYM GRAY
A.I.S. 203553
BIBB CORRECTIONAL FACILITY
565-BIBB LANE
BRENT, ALABAMA 35034

CC: PERSONAL FILES