IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN-DIVISION

KYM GRAY
  PLAINTIFF         )
                    )
                    )
-V.S.-              )    CASE NUMBER:
                    )    2:06-CV-107-MEF
                    )
                    )
PAUL WHALEY         )
  DEFENDAT          )

RECEIVED
2006 JUN -8 A 9 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

---

## MOTION FOR ENLARGMENT OF TIME

---

Comes Now, the Plaintiff **Kym Gray, By and through Himself**, and Respectfully Request of this Honorable Court for Enlargment of Time to File, and Submit his Response to this Court's Order Dated 5/31/06.

Plaintiff Gray, say(s) that Good Cause does Exist for this Honorable Court to Grant (Gray) **14 Additional Days to Prepare and Submit his Sworn Affidavit Refuting the Claim of the Defendnat Paul Whaley.** And as Cause thereof Plaintiff Gray would show this Honorable Court the Following.

1. Plaintiff Gray, states that Due to Circumstances that are Beyond his Immediate Control (Prison) and Fact that the Institution only permits (1)-**One-Day usage of the Law Library Due to the Vast Majority of inmate's requesting use of the Law Library.**

2. Plaintiff Gray, states that Additional Time is requested in Rule **6 Fed/R.Civ.Proc,** for further Research and to Properly Prepare his General Response for this Court's Better understanding of the Issues Facts, and Circumstances Surrounding Plaintiff's Complaint.

SCANNED

**"THEREFORE FOR GOOD CAUSE AS SHOWN"**

1. THAT THIS HONORABLE COURT WILL EXTEND THE TIME PRESCRIBED IN IT'S ORDER AND GRANT PLAINTIFF GRAY ADDITIONAL TIME TO FILE HIS GENERAL RESPONSE TO THE DEFENDANT RESPONSE TO PLAINTIFF'S COMPLAINT.

2. THAT THIS HONORABLE COURT WILL GRANT ANY OTHER AND DIFFERENT RELIEF TO WHICH PLAINTIFF GRAY MAY BE ENTITLED.

**CONCLUSION**

**WHEREFORE PREMISES** TO BE CONSIDERED PLAINTIFF GRAY, DOES ARDENTLY PRAYS THAT THIS HONORABLE COURT WILL GRANT THE RELIEF SO REQUESTED HEREIN.

**CERTIFICATE OF SERVICE**
**VERIFICATION**

THIS DOES HERBY CERTIFY'S THAT **KYM GRAY**, HAS FORWARDED UNTO THE OFFICE OF THE CLERK **DEBRA P. HACKETT**, A COPY OF THE FOREGOING PLEADINGS, AND UPON ALL PARTIES INVOLVED A COPY THEREOF, BY PLACING SAME IN THE UNITED STATES POSTAL-MAIL THIS <u>7th</u>, DAY OF <u>JUNE</u>, 2006.

CC: PAUL WHALEY
ALABAMA DEPARTMENT OF CORRECTIONS
**CLASSIFICATION-DIVISION**
#301 S. Ripley Street
Montgomery, Alabama 36130

RESPECTFULLY SUBMITTED:

*[signature]*
KYM GRAY