IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| KYM GRAY, #203 553 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-107-MEF |
| PAUL WHALEY | * |
| Defendant. | * |

_____

**ORDER**

For good cause, it is

ORDERED that on or before June 26, 2006 Defendant shall file a supplemental special report addressing Plaintiff's assertion that he has been improperly classified as a sex offender and/or that false information is in his file which labels/classifies him as a sex offender.

Plaintiff may file a response to Defendant's supplemental special report on or before July 10 2006 in accordance with the provisions set forth in the court's order filed May 31, 2006. (*See* Doc. No. 12.)

Done, this 12th day of June 2006.

              **/s/ Delores R. Boyd**
              DELORES R. BOYD
              UNITED STATES MAGISTRATE JUDGE

              for

              VANZETTA PENN MCPHERSON
              UNITED STATES MAGISTRATE JUDGE