IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| KYM GRAY, #203 553 | * |
|     Plaintiff, | * |
| v. | *    2:06-CV-107-MEF |
| PAUL WHALEY | * |
|     Defendant. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time to file a reply to Defendant's written report, and in light of the court's order directing Defendant to file a supplemental special report on or before June 26, 2006 and granting Plaintiff an extension to and including July 10, 2006 to respond to Defendant's written report, as supplemented, it is

ORDERED that the motion (Doc. No. 14) be and is hereby DENIED as moot. If Plaintiff needs additional time beyond the July 10, 2006 deadline, he should file the appropriate motion.

Done, this 12th day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

for

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE