IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN - DIVISION

Kym Gray #203553 R
PLAINTIFF

- vs. -

Paul Whaley
DEFENDANT

CIVIL ACTION NUMBER:
2:06-CV-107-MEF

STATE OF ALABAMA
Bibb County

SWORN AFFIDAVIT
TRAVERSE TO ANSWER

My name is Kym Gray A.I.S. number to be 203553 and I'am over the age of (21) Twenty-one years, and I'am currently being confined in an Alabama State Penitentiary, serving a sentence of (50) Fifty-years for the offense of Murder from the County of Lowndes on, or about the 12th day of March, 1999.

Pursuant to the instructions of this Court, the following Notice of Objection is submitted with regard to Defendant Whaley's Motion for Summary Judgment for his [Whaley] Slanderous and Defamatory Libelous Statement submit to this Honorable Court Refuting Gray's Complaint.

(1).

Plaintiff Gray does respectfully submit his <u>General Response In Good-Faith Seeking This Honorable Court's Judicial Review of Plaintiff's Underlying Facts and Issue(s)</u> therein of [Gray's] 1983 Civil Complaint pursuant to the Provisions set-forth in 42 U.S.C.

1. Plaintiff Gray states that under the Civil Rights Act of 1871 and as amended, a Prisoner [Gray] may seek redress when a Person [Whaley] acting under color of state law [m]isuse of power possessed by virtue of state law, and Defendant Whaley's action were made possible <u>only</u> because the wrongdoer is clothed with authority of state law.

2. Plaintiff Gray argues that Defendant Whaley is requesting Motion for Summary Judgment to be granted and Gray does "strongly enter his objection for Summary Judgment which Plaintiff Gray say "must fail" in this cause before this Honorable Court [Gray] states for the record that the Issues and Facts contained therein of Gray's Complaint is meritorious on it's face. Further Proceedings are needed in this cause to protect Gray's Constitutional Rights as secured under the Constitution of the United States.

(2).

3. PLAINTIFF GRAY DOES ASSERT THAT DEFENDANT WHALEY IS NOT ENTITLED TO QUALIFIED IMMUNITY OR ABSOLUTE IMMUNITY AS SOUGHTED BY DEFENDANT WHALEY IN THIS [OUR] PLAINTIFF'S CASE-IN-CHIEF, DEFENDANT WHALEY HAS ENTER INTO THE RECORD OF THIS MATTER FALSE AND ERRONEOUS INFORMATION IN HIS [WHALEY] GENERAL DEFENSE PLEA'S, WHICH IS WRONG. PLAINTIFF GRAY RELIES ON THE CASE AUTHORITY OF WEST U. ATKINS 487 U.S. 42 54-55 [1988] SEE: FLINT U. KENTUCKY DEPARTMENT OF CORRECTIONS, 270 F.3d 220-255 [6TH CIR. 2000] SEE: SMITH U. WADE 461 U.S. 30 51 [1983].

PLAINTIFF GRAY STATES THAT HIS CRIMINAL CONVICTION AND SENTENCE WAS FOR THE CRIMINAL OFFENSE OF MURDER AND THE RECORD AND/OR COURT PROCEEDINGS DOES NOT INDICATE THAT [GRAY] HAD RAPED AND/OR FORCED THE VICTIM TO-WIT: CAROLYN MCMEANS GRAY TO HAVE "SEX WITH GRAY BEFORE HER UNTIMELY DEATH THE RECORD IS SILENT AND THE OFFICE OF THE DISTRICT ATTORNEY NEVER PRODUCED EVIDENCE THAT PLAINTIFF GRAY SEMEN AND/OR FLUIDS WERE FOUNDED INSIDE THE VICTIMS BODY AND/OR VAGINAL. THE LAW IS WELL SETTLED IN ALABAMA IN WHICH THE COURTS HAVE RULED THAT NOTHING CAN BE PRESUMED FROM A "SILENT RECORD".

PLAINTIFF GRAY, STATES THAT DEFENDANT WHALEY, HAS INTENTIONALLY SLANDER HIS CONVICTION IN WHICH WHALEY IS LIBEL.

(3).

FOR ENTERING FALSE AND ERRONEOUS INFORMATION INTO A.D.O.C. FILES THAT GRAY CAN ONLY CHARACTERIZE AS "EVIL MOTIVES OR ILL WILL TAKEN IN SUCH RECKLESS AND CALLOUS DISREGARD FOR PLAINTIFF GRAY'S FEDERAL RIGHT CITING NIETO V. KAPOOR 268 F.3d 1208 1221-23 [10th CIR. 2001].

PLAINTIFF GRAY DOES CONTENDS THAT DEFENDANT WHALEY IS NOT ENTITLED TO ABSOLUTE AND QUALIFIED IMMUNITY FROM GRAY'S 1983 CIVIL COMPLAINT INSOFAR AS WHALEY'S CONDUCT AND ACTIONS DID VIOLATE CLEARLY ESTABLISHED STATUTORY AND CONSTITUTIONAL RIGHTS OF [GRAY] OF WHICH A REASONABLE PERSON [WHALEY] WOULD HAVE KNOWN' CITING: HUNTER V. BRYANT 502 U.S. 224 228 (1991) [PER CURIAM].

THE ISSUE OF IMMUNITY IS AN QUESTION FOR THIS HONORABLE COURT TO DECIDE SEE: CERRONE V. BROWN 246 F.3d 194 198 [2nd CIR. 2001] PLAINTIFF GRAY DOES ASK OF THIS COURT FOR ITS DE NOVO REVIEW GRAY HAS SUBMITTED CASE AUTHORITY IN SUPPORT OF HIS COMPLAINT / ALLEGATION SURROUNDING DEFENDANT WHALEY SLANDEROUS AND DEFAMED STATEMENT SEE: [ATTACHED EXHIBITS].

PLAINTIFF GRAY STATES THAT HE IS ENTITLED TO CLASSIFICATION OF LESSER RESTRICTED INSTITUTIONAL PLACEMENT AS A.D.O.C. RULES AND REGULATIONS, DOES ALLOW.

[4].

<u>MURDERS</u> TO ACHIEVE STATUS OF PLACEMENT AT HONOR CAMPS WITHIN THE PROPERTY OF THE A.A.O.C. NOT INTO THE COMMUNITIES.

"<u>THEREFORE FOR GOOD CAUSE</u>"

1. THAT THIS COURT ENTER IT'S ORDER DENYING DEFENDANT WHALEY REQUEST FOR ABSOLUTE AND QUALIFIED IMMUNITY.
2. THAT THIS COURT WOULD PROCEED UNDER IT'S RULE TO EXAMINE THE POTENTIAL MERITS OF PLAINTIFF'S COMPLAINT, AND AFFORD GRAY THE DEFERENTIAL WEIGHT OF HIS ALLEGATION AND GRANT RELIEF AS PLAINTIFF SO DESERVES IN THIS CAUSE.
3. THAT THIS COURT WILL GRANT ANY OTHER AND DIFFERENT RELIEF TO WHICH PLAINTIFF GRAY MIGHT OTHERWISE BE ENTITLED.

<u>CONCLUSION</u>

WHEREFORE PREMISES TO BE CONSIDERED PLAINTIFF GRAY, DOES ARDENTLY PRAYS THAT THIS COURT WILL GRANT RELIEF AS SOUGHTED IN THE PLAINTIFF'S COMPLAINT.

CERTIFICATE OF SERVICE

<u>VERIFICATION</u>

THIS DOES HEREBY CERTIFY$ THAT <u>KYM GRAY</u> HAS SERVED UPON THE OFFICE OF THE CLERK <u>DEBRA P. HACKETT</u> UNITED STATES DISTRICT COURT AND UPON ALL PARTIES INVOLVED IN THIS ACTION A, COPY OF THE.

[S].

FOREGOING PLEADINGS, BY PLACING SAME IN THE UNITED STATES POSTAL-MAIL.

SWORN TO AND SUBSCRIBED BEFORE ME THIS __5__ DAY OF __July__ 2006

NOTARY PUBLIC : _____

MY COMM. EXPIRES : MY COMMISSION EXPIRES 6-02-2010

CC: Kim T. Thomas
Counsel for Defendant
Alabama Department of Corrections
#301 - South Ripley Street
P.O. Box 301501
Montgomery, Alabama
       36130-1501

RESPECTFULLY SUBMITTED
_____
Kym Gray
A.I.S. #203553
Bibb Correctional Facility
565 - Bibb Lane
Brent, Alabama
       35034

CC: PERSONAL FILE

[6].

MY COMMISSION EXPIRES 6-02-2010