```
CORRECTED
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001047
Cashier ID: brobinso
Transaction Date: 11/02/2007
Payer Name: BIBB COUNTY CORR FACILITY
---------------------------------------
PLRA CIVIL FILING FEE
  For: KYM GRAY
  Case/Party: D-ALM-2-06-CV-000107-001
  Amount:         $8.00
---------------------------------------
CHECK
  Check/Money Order Num: 8680
  Amt Tendered:   $8.00
---------------------------------------
Total Due:       $8.00
Total Tendered:  $8.00
Change Amt:      $0.00
```