```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004269
Cashier ID: brobinso
Transaction Date: 03/12/2008
Payer Name: BIBB COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: KYM GRAY
 Case/Party: D-ALM-2-06-CV-000107-001
 Amount:         $8.00
------------------------------------
CHECK
 Check/Money Order Num: 8943
 Amt Tendered:  $8.00
------------------------------------
Total Due:       $8.00
Total Tendered:  $8.00
Change Amt:      $0.00
```