```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004930
Cashier ID: khaynes
Transaction Date: 05/02/2008
Payer Name: BIBB COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: KYM GRAY
 Case/Party: D-ALM-2-06-CV-000107-001
 Amount:         $13.00
------------------------------------
CHECK
 Check/Money Order Num: 9087
 Amt Tendered:  $13.00
------------------------------------
Total Due:       $13.00
Total Tendered:  $13.00
Change Amt:      $0.00
```