```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006005
Cashier ID: christin
Transaction Date: 08/04/2008
Payer Name: BIBB COUNTY CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: KYM GRAY
 Case/Party: D-ALM-2-06-CV-000107-001
 Amount:         $5.00
-----------------------------------
CHECK
 Remitter: BIBB CORRECTIONAL FAC
 Check/Money Order Num: 9326
 Amt Tendered:  $5.00
-----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```