```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006340
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name: BIBB COUNTY CORR FACILITY
-------------------------------------
PLRA CIVIL FILING FEE
  For: KYM GRAY
  Case/Party: D-ALM-2-06-CV-000107-001
  Amount:         $3.00
-------------------------------------
CHECK
  Check/Money Order Num: 9438
  Amt Tendered:   $3.00
-------------------------------------
Total Due:       $3.00
Total Tendered:  $3.00
Change Amt:      $0.00
```